UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNE PRESTON, Pro Se,

        Plaintiff,

v.                              CASE NO. 8:12-CV-2287-T-17MAP

PUBLIC STORAGE, INC.,
et al.,

        Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 50    Third Amended Complaint Based on Violations of Constitutional Rights and Fourth Amended Motion to Reopen Case

This case was closed on December 27, 2012. Plaintiff Preston asserted constitutional issues in Plaintiff's Complaint (Dkt. 1). The Court fully explained the basis for the dismissal without prejudice in the Order entered at that time (Dkt. 19). This case was not removed from Hillsborough County Circuit Court, and the Court cannot remand it.

The Court previously entered an Order striking the Amended Complaint and the Second Amended Complaint (Dkt. 49). The Court has explained why the Court does not have subject matter jurisdiction. Plaintiff Preston filed the Third Amended Complaint without leave of Court and without Defendants' permission.

The Court understands that Plaintiff Preston disagrees with the Court's previous rulings. Plaintiff Preston has not established any basis for the Court to change those rulings. The Court adopts and incorporates all of the previous Orders in this case.

Case No. 8:12-CV-2287-T-17MAP

After consideration, the Court strikes Plaintiff Preston's Third Amended Complaint, and again directs Plaintiff Preston to comply with the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida. This case remains closed. Accordingly, it is

**ORDERED** that the Third Amended Complaint is **stricken from the docket**, and the Fourth Amended Motion to Reopen Case (Dkt. 50) is **denied. This case remains closed. It is further**

**ORDERED** that Plaintiff Preston **shall comply** with the Federal Rules of Civil Procedure and the Local Rules of the Middle District. Failure to comply may result in the imposition of a sanction that could restrict Plaintiff Preston's ability to file pleadings in the Middle District of Florida without pre-filing review by a United States Magistrate Judge.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 28th day of June, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record